

NUMBER 13-18-00185-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JESSICA GRYSEELS,**                                                    **Appellant,**

**v.**

**MARINA VISTA CONDOMINIUM COUNCIL
OF CO-OWNERS ASSOCIATION,**                          **Appellee.**

---

**On appeal from the County Court at Law No. 2
of Montgomery County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Contreras, and Benavides
Memorandum Opinion by Justice Rodriguez**

The appellant's brief in the above cause was due on August 31, 2018.[1]   On

September 14, 2018, the Clerk of the Court notified appellant that the brief had not been

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals in Beaumont pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2017 1st C.S.).

timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of the Court's letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant. Appellee has filed a motion to dismiss the appeal.

Appellant has failed to either reasonably explain the failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, appellee's motion to dismiss is GRANTED and the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b)(c).

NELDA V. RODRIGUEZ
Justice

Delivered and filed the
11th day of October, 2018.

2